**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**FREDDIE GRAY** **PLAINTIFF**

**v.** **CASE NO. 2:26-CV-00107-BSM**

**TRAVIS HILL, *et al.*** **DEFENDANTS**

**ORDER**

Freddie Gray's motion to proceed *in forma pauperis* [Doc. No. 1] is granted, but he must pay the full filing fee. An initial filing fee of $12.20 is assessed. After paying the initial filing fee, the Administrator of the St. Francis County Detention Facility, or his designee, is directed to send to the clerk of court payments from Gray's prison trust account each time the amount in the account exceeds $10 until the $350 filing fee is fully paid. 28 U.S.C. § 1915(b)(2). The payments must be clearly identified by this case name and number. The clerk is directed to send a copy of this order to the Administrator of the St. Francis County Detention Facility, P.O. Box 1817, Forrest City, AR 72335-1817.

Gray sues Arkansas Drug Task Force Captains Travis Hill and Dale Arnold under 42 U.S.C. § 1983 challenging the validity of the April 2, 2026, search of his home. Doc. No. 2 at 4. He also sues St. Francis County prosecuting attorney Mary Hoshall Reeves alleging he has been denied due process and the right to speedy trial. *Id*. at 5. The clerk is directed to stay this case because Gray may not proceed with this federal claim while his state criminal case, *State v. Gray*, 62CR-26-80 (St. Francis County Circuit Court) is pending. *Younger v. Harris*, 401 U.S. 37, 43–45 (1971); *Yamaha Motor Corporation, U.S.A. v. Stroud,* 179 F.3d 598, 603–04 (8th Cir. 1999). Gray can move to reopen this case after final

disposition of his state criminal case, including appeals. Any motion to reopen must be filed within sixty days of that final disposition. If Gray does not file a timely motion to reopen or a status report by August 5, 2027, then this case may be dismiss without prejudice.

IT IS SO ORDERED this 6th day of August, 2026.

UNITED STATES DISTRICT JUDGE